UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAJOR ENERGY ELECTRIC SERVICES, LLC, MAJOR ENERGY SERVICES, LLC, RESPOND POWER, LLC, NATIONAL GAS & ELECTRIC, LLC, and SPARK HOLDCO, LLC,<br><br>                              Plaintiffs,<br>          v.<br><br>SAUL HOROWITZ, individually and as Sellers' Representative, MARK WIEDERMAN, ASHER FRIED, MICHAEL BAUMAN, and MARK JOSEFOVIC,<br><br>                              Defendants. | Case No. 1:19-cv-10431-NRB<br><br>**JOINT STIPULATION REGARDING SERVICE OF PROCESS AND SCHEDULE OF PROCEEDINGS** |

The parties to the above-captioned action hereby agree and stipulate to the following:

1.      On November 8, 2019, plaintiffs Major Energy Electric Services, LLC, Major Energy Services, LLC, Respond Power, LLC, National Gas & Electric, LLC, and Spark HoldCo, LLC (collectively, "Plaintiffs") filed a Complaint in the above-captioned action against defendants Saul Horowitz, individually and as Sellers' Representative, Mark Wiederman, Asher Fried, Michael Bauman, and Mark Josefovic (collectively, "Defendants").

2.      On November 12, 2019, the above-captioned matter was referred to Judge J. Paul Oetken as possibly related to Case No. 17-cv-7742.  On November 20, 2019, Judge Oetken declined to accept the above-captioned matter after determining that it was not related to Case No. 17-cv-7742, and the matter was re-assigned to Your Honor.

3.      Defendants agree to accept service of Plaintiffs' Complaint (ECF No. 1) through Defendants' counsel listed below.  By authorizing their counsel to accept service on their behalf, Defendants are not waiving any defense other than insufficient process and insufficient service of

process (Rules 12(b)(4) and (5) of the Federal Rules of Civil Procedure), and Defendants expressly reserve all other defenses.

4.　　Defendants shall move to dismiss the Complaint in accordance with the following schedule agreed to by the parties:

- Defendants' Motion to Dismiss shall be filed by January 15, 2020.
- Plaintiffs' Opposition to the Motion to Dismiss shall be filed by February 12, 2020.
- Defendants' Reply in Support of Motion to Dismiss shall be filed by February 26, 2020.

5.　　The parties have not made any previous requests for adjournment or extension. Plaintiffs consent to this change to the motion to dismiss briefing schedule.

**SO ORDERED** this _____ day of _____, 2019.

_____
Hon. Naomi Reice Buchwald
United States District Judge

Stipulated and agreed to by:

Dated:  November 25, 2019

By: */s/ Israel Dahan*
Israel Dahan
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2114
idahan@kslaw.com

*Counsel for Defendants*

Dated:  November 25, 2019

By: _____
Troy S. Brown
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
troy.brown@morganlewis.com

Michelle Pector (*pro hac vice forthcoming*)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana St., Suite 4000
Houston, TX 77002
(713) 890-5000
michelle.pector@morganlewis.com

*Counsel for Plaintiffs*