UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**                                                                                              (212) 805-0194
**UNITED STATES DISTRICT JUDGE**

September 11, 2020

Israel Dahan, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036

Re:   Major Energy Electric Services, LLC et al. v. Horowitz et al.
19 Civ. 10431 (NRB)

Dear Mr. Dahan:

     I have reviewed your letter, dated September 9, 2020 and submitted with plaintiffs' consent, requesting that the Court stay all further proceedings and deadlines pending Judge Oetken's disposition of Horowitz et al. v. National Gas & Electric, LLC et al., No. 17-cv-7742 (JPO).  (ECF No. 30.)   As you are well aware, Judge Oetken declined to accept this case as related to the other matter.   Given the determination that the cases are not related, the request that the action be stayed simply because Judge Oetken's case "involve[es] the same parties and transaction documents as this matter" is insufficient.  A considerably more detailed and persuasive justification must be forthcoming for the requested stay to be granted.

Very truly yours,

_Naomi Reice Buchwald_
Naomi Reice Buchwald
United States District Judge

cc:   Counsel for plaintiffs (via ECF).